IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     No. 2:11-cv-3422 WBS GGH

   vs.

CARMON L. COOK, et al.,

        Defendants.              ORDER
_____/

        Presently before the court is plaintiff's motion to compel, for a protective order, and to extend the discovery deadline. The motion is scheduled on this court's December 6, 2012 law and motion calendar and will be heard on that date.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's motion to extend the discovery cutoff, filed November 7, 2012, (dkt. no. 13), is granted.

        2. Discovery is extended to January 15, 2013. No other dates in the April 5, 2012 scheduling order are affected.

DATED: November 9, 2012

                              /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH:076:US.Cook3422.dsy.wpd