IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  No. 2:11-cv-3422 WBS GGH

    vs.

CARMON L. COOK, et al.,

    Defendants.                         ORDER

_____/

          The government's motion to compel presently is calendared for hearing on December 6, 2012. Defendants have filed an opposition. The undersigned has reviewed the filings. In regard to the interrogatory responses, whether or not one deems the objections bogus is of no consequence as the objections do not qualify the response as a "total failure to respond" to a discovery request under E.D. Local Rule 251(e). The request for a protective order to quash the Hooper deposition was the subject of a meet and confer, and defendant made an informal response, also eliminating this issue from the total failure exception to Rule 251. The parties have ignored the explicit requirements of Rule 251 in regard to both discovery disputes by not filing a joint statement.

          Accordingly, IT IS ORDERED that:

          1. The hearing on plaintiff's motion to compel, filed November 7, 2012 (dkt. no. 13), is continued to December 20, 2012 at 10:00 a.m.

\\\\\

   2. The parties shall meet and confer in Courtroom #9 on December 6, 2012 at 10:00 a.m. for the purpose of preparing the joint statement.

   3. The joint statement shall be filed by December 13, 2012.  No extensions of time will be granted.

DATED: November 29, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:U.S.Cook3422.stip.wpd