UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CARMON L. COOK, individually, as Trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as Trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION,<br><br>       Defendants. | NO. CIV. 2:11-03422 WBS GGH<br><br>ORDER |

----oo0oo----

In its Complaint, the United States alleges that "Brian E. Torrance, as Trustee for the Hands from the Heart Foundation, is made a party pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the property sought to be foreclosed." (Compl. ¶ 8.) Specifically, the United States seeks to foreclose on a parcel of real property that was

1

1  purportedly transferred to the Hands from the Heart Foundation
2  ("Foundation").  (Id. ¶ 14.)
3         Torrance, as Trustee for the Foundation, has been
4  represented by counsel throughout these proceedings.  He now
5  seeks to substitute himself as counsel of record for the
6  Foundation.  (Docket No. 22.)  Torrance does not indicate that he
7  is an attorney, and the records of the State Bar of California do
8  not identify him as a licensed attorney in California.
9         The Ninth Circuit has held that "[u]nincorporated
10 associations, like corporations, must appear through an
11 attorney."  Church of the New Testament v. United States, 783
12 F.2d 771, 773-74 (9th Cir. 1986); accord In re Am. W. Airlines,
13 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other
14 unincorporated associations must appear in court through an
15 attorney."); E.D. Local Rule 183(a) ("A corporation or other
16 entity may appear only by an attorney.").  As one district court
17 has explained, "the precise legal status in [the state] of [a]
18 Foundation is not material--whether its an organization,
19 foundation, or non-profit corporation, it is not a natural
20 person, but some type of organization.  The rule requiring
21 corporations to be represented by counsel extends to all
22 non-natural persons, as its purpose is the protection of the
23 courts and the administration of justice."  Kermanj Found. v.
24 Broward Cnty. Prop. Appraiser's Office, Civ. No. 09-61540, 2010
25 WL 1433174, at *2 (S.D. Fla. Apr. 9, 2010).
26 ///
27 ///
28 ///

IT IS THEREFORE ORDERED that request for substitution of representation be, and the same hereby is, DENIED.

DATED: January 2, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE