UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,                CIV NO. 2:11-03422 WBS GGH

        Plaintiff,                      ORDER

    v.

CARMON L. COOK, individually,
as Trustee of THE 1993 CARMON
LOUISE COOK LIVING TRUST, and
as Trustee of THE HANDS FROM
THE HEART FOUNDATION; and
BRIAN E. TORRANCE, as Trustee
of THE HANDS FROM THE HEART
FOUNDATION,

        Defendants.

_____

----oo0oo----

        The court is in receipt of defendant Carmon L. Cook's
Notice of Bankruptcy. (Docket No. 31.)  IT IS THEREFORE ORDERED
that the case be, and same hereby is, STAYED, and the Clerk of
Court is ordered to administratively close the file until further
order of this court.  When appropriate, the parties shall file a
notice with the court for the stay to be lifted.

        IT IS SO ORDERED.

DATED: April 9, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1