UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CARMON L. COOK, individually, as Trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as Trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION,<br><br>      Defendants. | CIV NO. 2:11-03422 WBS GGH<br><br><u>ORDER</u> |

----oo0oo----

The United States' ("government") motion for summary judgment was scheduled for hearing on July 15, 2013, at 2:00 p.m. Neither Carmon Cook's attorney nor the attorney for the government appeared at the hearing. Later that day, at the request of the court, J. Earlene Gordon, Assistant United States Attorney for the Eastern District of California, appeared

1

specially on behalf of the government.

The government's motion for summary judgment was originally scheduled for April 8, 2013.  On April 5, 2013, the Friday before the Monday hearing, Cook filed a Notice of Bankruptcy.  (Docket No. 31.)  This court stayed the case on April 8, 2013, before the hearing.  (Docket No. 33.)  The bankruptcy court dismissed the bankruptcy case on May 6, 2013, because Carmon Cook did not timely file the appropriate documents to proceed with the bankruptcy action.  (Docket No. 34-1.)  This court reopened the case on May 15, 2013, and rescheduled the hearing on the government's motion for summary judgment for July 15, 2013.  (Docket Nos. 35, 36.)

The court is now in receipt of defendant Carmon L. Cook's second Notice of Bankruptcy, which was filed on July 12, 2013--the Friday afternoon before the Monday hearing on the government's rescheduled motion for summary judgment.  (Docket No. 37.)

When a debtor has filed one bankruptcy petition which is dismissed and subsequently files a second bankruptcy petition within a year, the automatic bankruptcy stay of 11 U.S.C. § 362(a) generally lasts thirty days from the filing of the second petition.[1]  See 11 U.S.C. § 362(c)(3)(A); PlusFive Claims, LLC v. 0713401 B.C. Ltd., No. 10-1561-SC, 2012 WL 5835728, at *2 (N.D. Cal. Nov. 16, 2012) ("[B]ecause Ms. Cutshall's current bankruptcy

---

[1] Section 362(c)(3)(B) provides that "on the motion of a party in interest for continuation of the automatic stay and upon notice and hearing, the court may extend the stay . . . only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed."  11 U.S.C. § 362(c)(3)(B).

1 petition is the second she has filed in under a year, the
2 automatic bankruptcy stay lasts only 30 days."); In re Mancilla,
3 No. 12-20592-C-7, 2012 WL 8436263, at *1 (Bankr. E.D. Cal. Feb.
4 13, 2012) (Klein, Bankr. J.).
5       IT IS THEREFORE ORDERED that the case be, and same
6 hereby is, STAYED until thirty days from the filing of Ms. Cook's
7 second bankruptcy petition.  Should a continuation of the stay
8 become appropriate, the party requesting the continuation shall
9 file an appropriate motion with the court.  A hearing on the
10 government's pending motion for summary judgment is hereby set
11 for August 26, 2013, at 2:00 p.m. in Courtroom 5 (WBS).  Counsel
12 for each side shall appear personally at the hearing unless leave
13 of court is granted to appear telephonically.
14 DATED:  July 16, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3