UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CIV. NO. 2:11-3422 WBS GGH |
|---|---|
| Plaintiff, | ORDER RE: MOTION REGARDING <u>DISCHARGEABILITY OF FEDERAL TAX LIABILITIES</u> |
| v. | |
| CARMON L. COOK, individually, as trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION, | |
| Defendants. | |

----oo0oo----

On August 22, 2013, the Court granted the United States' Motion for Summary Judgment. (Doc. 41). On November 12, 2013, the United States Bankruptcy Court for the Eastern District of California granted the United States' motion for a determination that the automatic stay was lifted with respect to property of the Estate, and that Debtor Carmon L. Cook's Chapter

1

1  7 bankruptcy petition was discharged on October 24, 2013.  See In
2  re Carmon Cook, 2:13-bk-29218 (E.D. Cal. Bnkr.).  The United
3  States then filed a Motion for a determination that the federal
4  tax liabilities at issue in the district court litigation were
5  excepted from discharge under 11 U.S.C. § 523(a)(1)(C).  This
6  Court has jurisdiction to decide the issue of dischargeability
7  under 28 U.S.C. § 1334(a), (b).  See McKay v. United States, 957
8  F.2d 689, 690 (9th Cir. 1992) (noting that the district court had
9  jurisdiction to determine the dischargeability of plaintiff's tax
10  liabilities despite plaintiff's request that it be determined by
11  the bankruptcy court).

12         Accordingly, the court hereby GRANTS United States'
13  motion and finds that the federal income taxes for 2006 and 2008
14  at issue in the litigation are excepted from discharge pursuant
15  to Section 523(a)(1)(C).

16  Dated:  January 6, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2