IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMON L. COOK, individually, as Trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as Trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION,<br><br>Defendants. | Civ. No. 2:11-cv-03422-WBS-GGH<br><br>**[PROPOSED] JUDGMENT** |

On August 22, 2013, the Court granted the United States' Motion for Summary Judgment. (Doc. 41). Pursuant to that Order, the United States submits this Proposed Judgment, and submits that the Court make the following findings of fact and conclusions of law in its final judgment:

    A.    Defendant Carmon L. Cook is indebted to the United States in the amount of **$1,516,348.78**, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, that have accrued since January 31, 2013.  Accordingly, judgment in the amount of **$1,516,348.78** is hereby entered against Defendant Carmon L. Cook and in favor of the United States.

    B.    The United States has valid federal tax liens against all property and rights to property of Defendant Carmon L. Cook, including but not limited to her interest in the Subject Property.

    C.    The 1993 Carmon Louise Cook Living Trust is a revocable living trust subject to California Probate Code §§ 18200 and 19001(a).  The Subject Property held in the name of the 1993

Carmon Louise Cook Living Trust is subject to the federal tax liens at issue in this case.

    D. The 1993 Carmon Louise Cook Living Trust is a nominee/alter ego of Defendant Carmon L. Cook.  The 1993 Carmon Louise Cook Living Trust is not a purchaser of the Subject Property as that term is defined in 26 U.S.C. § 6323(h)(6).

    E. The Hands from the Heart Foundation is an alter ego/nominee of Defendant Carmon L. Cook.  The  Hands from the Heart Foundation is not a purchaser of the Subject Property as that term is defined in 26 U.S.C. § 6323(h)(6).

    F. The purported transfer of the Subject Property by Defendant Carmon L. Cook from the 1993 Carmon Louise Cook Living Trust to the  Hands from the Heart Foundation was a fraudulent conveyance.  Accordingly, that purported transfer is deemed invalid and is set aside.

    G. Defendant Carmon L. Cook's submission of a fraudulent tax return and use of the fraudulently-obtained federal tax refund to satisfy all encumbrances on the Subject Property creates a constructive trust remedy for the United States.

    H. Defendant Carmon L. Cook's use of the fraudulently-obtained federal tax refund constitutes tortious conversion.

    I. The federal tax liens against Defendant Carmon L. Cook encumbering the Subject Property are hereby foreclosed.

    J. The Subject Property shall be sold with the proceeds applied to partially satisfy the federal tax liens and delinquent federal tax assessments against Defendant Carmon L. Cook.  The United States will submit an Order of Sale to the Court for its approval.

  IT IS SO ORDERED this 7th day of February, 2014.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

 IT IS HEREBY CERTIFIED that service of the foregoing has been made on this 29th day of August, 2013, by filing through the CM/ECF system and depositing a copy of the foregoing in a postpaid prepaid envelope addressed to the following counsel of record:

CLIFFORD B. SCHERER LAW, LLP
Clifford B. Scherer, SBN: 27843
Julia M. Young, SBN: 225077
1098 Melody Lane
Roseville, CA 95678

*Attorneys for Defendants Carmon L. Cook and Brian E. Torrance*

          /s/ Kaycee M. Sullivan
         KAYCEE M. SULLIVAN
         Trial Attorney, Tax Division
         U.S. Department of Justice