KATHRYN KENEALLY
Assistant Attorney General

KAYCEE M. SULLIVAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044-0683
Telephone:  (202) 514-9593
Email: kaycee.m.sullivan@usdoj.gov
*Attorneys for the United States of America*

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. No. 2:11-cv-03422-WBS-GGH |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF SALE OF REAL PROPERTY |
| CARMON L. COOK, individually, as Trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as Trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION, | |
| Defendants. | |

On February 10, 2014, this Court entered its judgment in the above-captioned case, which *inter alia*, reduced federal tax assessments against Carmon L. Cook to judgment, set aside the purported transfer of Carmon Cook's residence to the Hands from the Heart Foundation as a fraudulent conveyance, and foreclosed federal tax liens upon that residence. (Doc.49).

The real property that is the subject of this action ("the Property") is a single family residence located at 6025 Whisperlodge Way, Roseville, CA 95747.  The Parcel Number assigned to the Property

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)                   - 1 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:  (202) 514-9593

by the Placer County Assessor is 478-370-019.  The Property is legally described as:

> All that real property situated in the City of Roseville County of PLACER, State of California, described as:
>
> LOT 19 AS SHOWN ON THE MAP ENTITLED, "SUN CITY ROSEVILLE VILLAGE 13, UNIT 1A V", RECORDED ON MAY 20, 1997 IN BOOK "T" OF MAPS, PAGE 88.

Pursuant to 28 U.S.C. §§ 2001 and 2002 and 26 U.S.C. §§ 7402 and 7403, this Court enters this Order of Sale.

    IT IS HEREBY ORDERED that the United States Marshal for the Eastern District of California, his/her representative, or an Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS"), is authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer the Property for public sale and to sell the Property. The United States may choose either the United States Marshal or a PALS representative to carry out the sale under this order and shall make the arrangements for any sale as set forth in this Order:

    1.    The Marshal, his or her representative, or a PALS representative is authorized to have free access to the Property and to take all actions necessary to preserve the Property, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the Property, until the deed to the Property is delivered to the ultimate purchaser.
The terms and conditions of the sale are as follows:

    a.    The sale of the Property shall be free and clear of the interests of all the parties to this litigation;

    b.    The sale shall be subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning ordinances) affecting the Property, and easements and restrictions of record, if any;

    c.    The sale shall be held at the courthouse of the county or city in which the Property is located, on the Property's premises, or at any other place in accordance with 28 U.S.C. §§ 2001 and 2002;

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)                    - 2 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-9593

    d.  The date and time for sale are to be announced by the United States Marshal, his/her representative, or a PALS;

    e.  Notice of the sale shall be published once a week for at least four consecutive weeks before the sale in at least one newspaper regularly issued and of general circulation in Placer County, and, at the discretion of the Marshal, his/her representative, or a PALS, by any other notice deemed appropriate. The notice shall contain a description of the Property and shall contain the terms and conditions of sale in this order of sale;

    f.  The minimum bid will be set by the Internal Revenue Service.  If the minimum bid is not met or exceeded, the United States Marshal, his or her representative, or a PALS may, without further permission of this Court, and under the terms and conditions in this Order of Sale, hold a new public sale, if necessary, and reduce the minimum bid;

    g.  The successful bidder(s) shall be required to deposit at the time of the sale with the United States Marshal, his or her representative, or a PALS an amount between five and twenty percent of the bid as specified in the published Notice of Sale, with the deposit to be made by certified or cashier's check payable to the United States District Court for the Eastern District of California.  Before being permitted to bid at the sale, bidders shall display to the United States Marshal, his or her representative, or a PALS, proof that they are able to comply with this requirement.  No bids will be received from any person(s) who have not presented proof that, if they are the successful bidders(s), they can make the deposit required by this Order;

    h.  The balance of the purchase price for the Property is to be paid to the United States Marshal or a PALS (whichever person is conducting the sale) within 30 days after the date the bid is accepted for that parcel, by a certified or cashier's check payable to the United States District Court for the Eastern District of California.  If the bidder fails to fulfill this requirement, the deposit shall be forfeited and shall be applied to cover the expenses of the sale, including any commissions due under 28 U.S.C. § 1921(c), with any amount remaining to be applied to the federal estate tax liabilities at issue herein.  The Clerk shall distribute any forfeited deposit as directed by the United States Marshal or PALS

[Proposed] Order of Sale of Real Property  
(Civ. No. 2:11-cv-03422-WBS-GGH)  - 3 -

U.S. Department of Justice  
P.O. Box 683  
Washington, D.C. 20044  
Telephone:  (202) 514-9593

by check made to the "United States Treasury." The Property may be offered for sale again under the terms and conditions of this Order of Sale, or in the alternative, sold to the second highest bidder. The United States may bid as a credit against its judgment without tender of cash;

    i.    The public sale of the Property shall be subject to confirmation by this Court. The United States Marshal or a PALS shall file a report of sale with the Court, together with a proposed order of confirmation of sale and proposed deed, within 30 days from the date of receipt of the balance of the purchase price for the Property;

    j.    On confirmation of the sale, the United States Marshal or PALS shall execute and deliver a deed of judicial sale conveying the Property to the purchaser(s);

    k.    On confirmation of the sale, all interests in, liens against, or claims to, the Property that are held or asserted by all parties to this action are discharged and extinguished;

    l.    On confirmation of the sale, the Recorder for Placer County, California shall cause transfer of the Property to be reflected upon that county's register of title; and

    m.    The sale is ordered pursuant to 28 U.S.C. § 2001, and is made without right of redemption.

2.    Until the Property is sold, Carmon L. Cook and her representatives shall take all reasonable steps necessary to preserve the Property (including all buildings, improvements, fixtures and appurtenances on the property) in its current condition including, without limitation, maintaining a fire and casualty insurance policy. They shall neither commit waste against the Property nor cause or permit anyone else to do so. They shall neither do anything that tends to reduce the value or marketability of the Property nor cause or permit anyone else to do so. They shall not record any instruments, publish any notice, or take any other action (such as running newspaper advertisements or posting signs) that may directly or indirectly tend to adversely affect the value of the Property or that may tend to deter or discourage potential bidders from participating in the public auction, nor shall they cause or permit anyone else to do so.

3.    All persons occupying the Property shall leave and vacate the Property permanently within

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)    - 4 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-9593

30 days of the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the Property). If any person fails or refuses to leave and vacate the Property by the time specified in this Order, the United States Marshal's Office, alone, is authorized to take whatever action it deems appropriate to remove such person from the premises, whether or not the sale of such Property is being conducted by a PALS. Specifically, the United States Marshall (or his/her designee) is authorized and directed to take all actions necessary to enter the Property at any time of the day or night and evict and eject all unauthorized persons located there, including Carmon L. Cook, and any occupants. To accomplish this and to otherwise enforce this Order, the United States Marshal shall be authorized to enter the Property and any and all structures and vehicles located thereon, and to use force as necessary. When the United States Marshal concludes that all unauthorized persons have vacated, or been evicted from the Property, he/she shall relinquish possession and custody of the Property to the Internal Revenue Service, or its designee. No person shall be permitted to return to the Property and/or remain thereon without the express written authorization by the United States Marshal and/or the Internal Revenue Service, and/or the United States Department of Justice, or their respective representatives and/or designees. Unauthorized persons who re-enter the Property during the time this Order is in effect may be ejected by the United States Marshal without further order of the Court.

4.     If any person fails or refuses to remove his or her personal property from the Property by the time specified herein, the personal property remaining on the Property thereafter is deemed forfeited and abandoned, and the United States Marshal's Office is authorized to remove it and to dispose of it in any manner it deems appropriate, including sale, in which case the proceeds of the sale are to be applied first to the expenses of sale and the balance to be paid into the Court for further distribution.

5.     Pursuant to the Judgment entered against Carmon L. Cook in this case, the United States has an interest of $1,516,348.78, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, that have accrued since January 31, 2013.

6.     The proceeds arising from the sale of the Property shall be paid to the Clerk of this Court.

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)         - 5 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-9593

The parties shall file briefs in support of the order of distribution of proceeds upon confirmation of the sale of the Property.

IT IS SO ORDERED.

DATED:  March 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 13$^h$ day of March, 2014.

                            KATHRYN KENEALLY
                            Assistant Attorney General

By: /s/ Kaycee M. Sullivan
     KAYCEE M. SULLIVAN
     Trial Attorney, Tax Division
     U.S. Department of Justice

*Attorneys for the United States of America*

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)     - 6 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:  (202) 514-9593

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made on this 13th day of March, 2014, by filing through the CM/ECF system and depositing a copy of the foregoing in a postpaid prepaid envelope addressed to the following counsel of record:

CLIFFORD B. SCHERER LAW, LLP
Clifford B. Scherer, SBN: 27843
1098 Melody Lane
Roseville, CA 95678

*Attorneys for Defendants Carmon L. Cook and Brian E. Torrance*

    /s/ Kaycee M. Sullivan
KAYCEE M. SULLIVAN
Trial Attorney, Tax Division
U.S. Department of Justice

[Proposed] Order of Sale of Real Property
(Civ. No. 2:11-cv-03422-WBS-GGH)        - 7 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:  (202) 514-9593