IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>CARMON L. COOK, individually, as Trustee of THE 1993 CARMON LOUISE COOK LIVING TRUST, and as Trustee of THE HANDS FROM THE HEART FOUNDATION; and BRIAN E. TORRANCE, as Trustee of THE HANDS FROM THE HEART FOUNDATION,<br><br>               Defendants. | Civ. No. 2:11-cv-03422-WBS-GGH<br><br>**ORDER GRANTING UNITED STATES' MOTION TO CONFIRM SALE AND DISBURSE SALE PROCEEDS** |

      Before the Court is the United States' Motion for Confirmation of Sale and Disbursement of Proceeds.  In consideration of the United States' Motion and its exhibits, and the record in this case, the Court finds that the sale of the subject property was conducted in compliance with the applicable law found at 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the Order of Foreclosure and Judicial Sale.

Accordingly, it is hereby ORDERED that the United States' Motion is GRANTED.

      It is further ORDERED that the sale of the subject property is confirmed.  The Internal Revenue Service is hereby authorized to issue a property deed to the purchaser of the subject property. By the issuance of the deed, as authorized by this Order, legal title to the subject property is transferred free and clear of any claims of Defendants in this case.

11754298.1

It is further ORDERED that the Clerk is directed to disburse the proceeds of the sale which were deposited with the Court, in the following manner:

1.  First, to the IRS for its $1,347.35 in expenses incurred in connection with conducting the sale, payable to the Internal Revenue Service, and mailed to:

>   Hallie Lipscomb
>   Property Appraisal Liquidation Specialist IRS, SA-5209
>   4330 Watt Avenue
>   Sacramento, CA 95821

2.  Second, to the Placer County Tax Collector for $8,271.31 in delinquent property taxes for the subject property computed to October 31, payable to the Placer County Tax Collector, and mailed to:

>   Placer County Tax Collector
>   RE: Parcel No. 478-370-019
>   2976 Richardson Dr.
>   Auburn, CA 95603

3.  Finally, the remaining $278,381.34 to the United States to partially satisfy the outstanding federal tax liabilities of Carmon L. Cook at issue in this case, payable to the United States Department of Justice and mailed to:

>   U.S. Department of Justice
>   ATTN: TAXFLU
>   Re: Carmon L. Cook
>   P.O. Box 310 - Ben Franklin Station
>   Washington, D.C. 20044

Finally, any interest accrued on the account while held by the Court is to be added to the disbursement sent to the United States Department of Justice as listed in paragraph 3, above.

SO ORDERED.

Dated:  October 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE